IN THE UNITED STATES DISTRICT COURT FOR
THE _Middle_ DISTRICT OF ALABAMA

**Al-Qadeer Malik Hamlet**
Full name and prison name of
Plaintiff(s)

RECEIVED
2007 NOV 16 A 10: 41
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

**D.T. Marshall**
**Gina Savage**
**Sondra Wright**

_____

_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. _2:07-CV-1011-MEF_
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐    NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

  3. Docket number _____

  4. Name of judge to whom case was assigned _____

  5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

  6. Approximate date of filing lawsuit _____

  7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *The Montgomery County Detention Facility P.O. Box 4599 Montgomery, Ala. 36104*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *The Montgomery County Detention Facility - Above Address*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D.T. Marshall | P.O. Box 4599 Montgomery, Ala. 36104 |
| 2. | Gina Savage | P.O. Box 4599 Montgomery, Ala. 36104 |
| 3. | Sondra Wright | P.O. Box 4599 Montgomery, Ala. 36104 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *Ongoing and on or about Nov. 7, 2007.*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Denial of Access to Courts / illegal censorship.*

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I have filed Pro-se Motions with U.S. Postage that have not reached the Clerk of Court's office. I had Ms. Wright to notarize a complaint regarding an attorney. Ms. Wright subsequently and conveniently lost it.

**GROUND TWO:** Cruel and Unusual Punishment

**SUPPORTING FACTS:** On more than one occasion, I have complained about not receiving mail from family after talking with them on the phone and the behavior by the mail clerk continued, and escalated for which I seek relief for

**GROUND THREE:** Deliberate Indifference

**SUPPORTING FACTS:** D.T. Marshall and Gina Savage as the Executives of this facility have failed to correct this matter after I have submitted requests and grievances regarding the illegal censorship and the denial of access to the courts for which I seek relief for It is this Deliberate Indifference that has allowed Ms. Wright to continue to violate my civil rights - unchecked.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like punitive damages in the amount of 10 million dollars. I would like compensatory damages in the amount of 1.5 million dollars and the ability to have access to the courts as prescribed by law.

*Al-Zadeer Hamlet*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-12-07__
(Date)

*Al-Zadeer Hamlet*
Signature of plaintiff(s)

Ronald Vinson 180840
P.O. Box 4599
Montgomery, Al, 36103

INMATE MAIL

MONTGOMERY AL 361
15 NOV 2007 PM
USA 41

To Debra Hackett
P.O. Box 711
Montgomery, Ala.

361030711