In the United States
District Court for the Middle
District of Alabama

RECEIVED
2007 NOV 16 A 10:___
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Al-Qadeer Malik Hamlet,
　　Plaintiff
V.
Terry Ferrell,
Gina Savage,
Sondra Wright,
　　Defendants

Civil Action No: 2:07-CV-1011-MEF

## Informa Pauperis

Comes now the Plaintiff, Al Qadeer Malik Hamlet, [Pro-Se] in the above and aforementioned cause stating that he is indeed indigent and does not have the appropriate funds or monies to pay any of the $350.00 filing fee or any fees associated with filing said cause may incur.

Therefore; the Petitioner prays that this Honourable Court allows Him to proceed Informa Pauperis.

I certify that the above is true and factual suitable for a Court of Law.

11-12-07

Signed Al Qadeer Hamlet

Kenneth Vinson 186840
P.O. Box 4599
Montgomery, AL 36103

MONTGOMERY AL 361
15 NOV 2007 PM 2
USA 41

To Debra Hackett
P.O. Box 711
Montgomery, ALA

INMATE MAIL

3610130711



## IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

[X] authority to commence an action with prepayment of fees, costs or security.

**I. PERSONAL AND FINANCIAL DATA**

A. Your full name and present mailing address:
Al-Qadeer-Malik Hamlet - Booking # _____
MCDF P.O. Box 4599 Montgomery, Alabama
_____

Telephone (if any): _____

B. Are you presently employed? Yes _____ No __X__

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.
_____
_____
_____

Weekly earning: $ _____NA_____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.
_____
_____

Date last worked: _____NA_____
Weekly earnings: _____NA_____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?  $ __0__
as interest, dividends, rents, or investment income of any kind?  $ __0__

        as gifts or inheritance? $ 0

        from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ 0

        from pensions, annuities, workmen's compensation, disability or other insurance policies $ 0

        from all other sources? $ 0

C.    How much money do you own or have in any checking or savings accounts?

        $ 0

D.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   $ 0

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

E.    How much money do you owe to others?   $ NONE

       As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

_____
_____
_____
_____

F.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.   N/A

_____
_____
_____

G.    Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed? Yes _____ No __X__

       If the answer is "yes," give the following information for each such person:

Name: _____
Relationship: _____ NA _____
Employer: _____
Weekly earnings: $_____

Name: _____
Relationship: _____ NA _____
Employer: _____
Weekly earnings: $_____

H.   Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_I have been detained at_
_this facility since July 07,_
_I do not have any access_

### III.   ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Dated: _11-12-07_           _[signature]_
                             SIGNATURE

WITNESS:
_Eucine Davis_
_Travis Smith_

Kenwell Vinson 186893
P.O. Box 4599
Montgomery AL, 36103

MONTGOMERY AL 361
15 NOV 2007 PM
USA 41

INMATE MAIL

To Debra Hackett
P.O. Box 711
Montgomery, Ala.
36101-0711