IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AL-QADEER MALIK HAMLET ) | |
| ) | |
|     Plaintiff, ) | |
| ) | 2:07cv-1011-MEF |
| v. ) | |
| ) | |
| D. T. MARSHALL, et al. ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

COME NOW Constance C. Walker and the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance as counsel for the Defendants D. T. Marshall, Gina Savage and Sondra Wright.

Respectfully submitted this 3rd day of December, 2007.

                                                s/Constance C. Walker
                                                Constance C. Walker (ASB-5510-L66C)
                                                Attorney for Defendants D. T. Marshall,
                                                Gina Savage and Sondra Wright

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
334-264-7945 (fax)
ccw@hsy.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 3rd day of December, 2007 addressed as follows:

Al-Qadeer Malik Hamlet  
Montgomery County Detention Facility  
Post Office Box 4599  
Montgomery, Alabama 36103

                                                  /s/Constance C. Walker  
                                                  Of Counsel

29495