IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Al-Qadeer Malik Hamlet,   )
                          )
    Plaintiff,             )
                          )
v.                         )   CASE NO. 2:07cv1011-MEF
                          )
D. T. Marshall et al.,     )
                          )
    Defendants,            )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW D. T. Marshall, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/3/2007                            /s/Constance C. Walker
Date                                 (Signature)

                                     Constance C. Walker (ASB-5510-L66C)
                                     (Counsel's Name)

                                     D. T. Marshall
                                     Counsel for (print names of all parties)
                                     Haskell Slaughter Young & Gallion, LLC
                                     Post Office Box 4660, Montgomery, Alabama 36103-4660
                                     Address, City, State Zip Code
                                     334-265-8573
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of December 20 07, to:

Al-Qadeer Malik Hamlet, Post Office Box 4599, Montgomery County Detention Facility, Montgomery, AL 36103

| 11/1/2007 | /s/Constance C. Walker |
|---|---|
| Date | Signature |