IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Al-Qadeer Malik Hamlet,  )
  )
  Plaintiff,  )
  )
v.  )  CASE NO. 2:07cv1011-MEF
  )
D. T. Marshall et al.,  )
  )
  Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Gina Savage, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_____           _____

_____           _____

_____           _____


12/3/2007                                  /s/Constance C. Walker
Date                                              (Signature)

                                                   Constance C. Walker (ASB-5510-L66C)
                                                   (Counsel's Name)

                                                   Gina Savage
                                                   Counsel for (print names of all parties)
                                                   Haskell Slaughter Young & Gallion, LLC
                                                   Post Office Box 4660, Montgomery, Alabama  36103-4660
                                                   Address, City, State Zip Code
                                                   334-265-8573
                                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail and U. S. Mail____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __3rd____day of __December_____ 20_07_, to:

Al-Qadeer Malik Hamlet, Post Office Box 4599, Montgomery County Detention Facility, Montgomery, AL36103

_____

_____

_____

_____

_____

| 11/1/2007 | /s/Constance C. Walker |
|---|---|
| Date | Signature |