IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Al-Qadeer Malik Hamlet, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv1011-MEF
)
D. T. Marshall et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Sondra Wright, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/3/2007                /s/Constance C. Walker
Date                     (Signature)

                         Constance C. Walker (ASB-5510-L66C)
                         (Counsel's Name)

                         Sondra Wright
                         Counsel for (print names of all parties)
                         Haskell Slaughter Young & Gallion, LLC
                         Post Office Box 4660, Montgomery, Alabama 36103-4660
                         Address, City, State Zip Code
                         334-265-8573
                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U. S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd_____ day of December_____ 20 07, to:

Al-Qadeer Malik Hamlet, Post Office Box 4599, Montgomery County Detention Facility, Montgomery, AL36103

_____

_____

_____

_____

11/1/2007                                              /s/Constance C. Walker
_____                                _____
        Date                                                  Signature